# Exhibit 17

2024. The parties shall file any motions to exclude expert testimony by June 28, 2024. Oppositions shall be filed by July 19, 2024. Replies shall be filed by August 2, 2024.

4. The parties shall file motions in limine and any renewed motions for summary judgment by July 12, 2024. Oppositions shall be filed by July 26, 2024. Replies shall be filed by August 9, 2024.

5. The parties shall exchange exhibit and witness lists and deposition designations by August 16, 2024. The parties shall exchange objections to exhibits and deposition designations, and counter designations, by August 30, 2024. The parties shall exchange objections to counter designations by September 6, 2024.

6. The parties shall file a joint pretrial order by September 13, 2024 in the form required by the Court's Individual Rules of Practice, except that any motions in limine shall have been filed by the earlier date set forth above. Any responses to the joint pretrial order shall be filed by September 20, 2024.

7. The final pretrial conference shall take place on January 7, 2025 at 2:30 p.m.

8. Trial shall begin on January 13, 2025 at 9:30 a.m. in Courtroom 21B, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: April 1, 2024

Lewis A. Kaplan
_____
Lewis A. Kaplan
United States District Judge

2024.

4. All notices pursuant to Rule 44.1 shall be filed by May 31, 2024. The parties shall also serve notice of intent to assert the application of any non-New York law not otherwise required by Rule 44.1 by May 31, 2024. The parties shall file any briefs on disputed issues of foreign law or choice of law by June 24, 2024. Such briefs should include reproductions of the foreign laws in dispute as well as any foreign law declarations and materials that may aid the Court's review.

5. The parties shall file any *Daubert* motions by June 21, 2024. The parties shall file any oppositions by July 5, 2024. The parties shall file any replies by July 19, 2024.

6. The parties shall file any motions *in limine* by August 15, 2024. The parties shall file any oppositions by August 26, 2024. There shall be no replies absent leave of the Court.

7. The parties shall file a joint proposed special verdict form by August 15, 2024. If the parties cannot agree entirely to a joint proposal, the plaintiff shall file that part of the proposal to which the parties agree as well as each party's proposal with respect to those parts to which the parties cannot agree by August 15, 2024.

8. The following shall govern preparation of the pretrial order:

(a) Plaintiff shall provide the following to defendants by October 22, 2024: any general provisions governing conduct of trial; brief statement of the case; proposed fact stipulations; deposition designations; exhibit list; witness list.

(b) Defendants shall provide the following to plaintiff by November 5, 2024: any proposed revisions to general provisions governing conduct of trial; objections to/revisions to brief statement of case; objections to/revisions to fact stipulations; deposition designations; objections to plaintiff's deposition designations; deposition counter designations; exhibit list; objections to plaintiff's exhibits; objections to plaintiff's witnesses.

(c) Plaintiff shall provide to defendants the following by November 19, 2024: any further proposed revisions to statement of case, factual stipulations, exhibit list, witness list; objections to deposition designations; deposition counter designations; objections to defendants' exhibits; objections to defendants' witnesses.

(d) The parties shall file a final joint pretrial order with the Court by December 2, 2024.

SO ORDERED.

Dated: April 1, 2024

_____
Lewis A. Kaplan
United States District Judge