# Exhibit 3, Part 28

**Exhibit 4**

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEVA0401 | Stephanie Paun | First Search Order - Premises | Floor | Desktop | E1YPC05 | Dell | Optiplex 7040 | 1B75082 | Sandisk | SSD | 154608404274 | 240.00 | 2018/06/28 |
| DEVA0402 | Natalia Verenikina | First Search Order - Premises | Floor | Desktop | E1YPC06 | Dell | Optiplex 7040 | 6C75082 | Sandisk | SSD | 154779401317 | 240.00 | 2018/06/28 |
| DEVA0403 | Unknown | First Search Order - Premises | Floor | Desktop | E1YPC06 | Dell | Optiplex 7040 | 8975082 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| DEVA0404 | Utkal Tagova | First Search Order - Premises | Floor | Desktop | E1YPC04 | Dell | Optiplex 7040 | GH75082 | Sandisk | SSD | 154934402295 | 240.00 | 2018/06/28 |
| DEVA0405 | Sandesh Dhomne | First Search Order - Premises | Floor | Desktop | E1YPC09 | Dell | Optiplex 7040 | GH75082 | Sandisk | SSD | 154711400405 | 240.00 | 2018/06/28 |
| DEVA0406 | Sandesh Dhomne | First Search Order - Premises | Floor | Desktop | N/A | Dell | N/A | N/A | Teta | ProductCode | 50371335D249313547 | 8.00 | 2018/06/28 |
| DEVA0407 | Rashmi Raju | First Search Order - Premises | Floor | Desktop | E1YPC01 | Dell | Optiplex 7040 | 6875082 | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| DEVA0408 | Claudio | First Search Order - Premises | Floor | Laptop | E1YLPT03 | Asus | UX301L | EAN0C07714443H 12M | Seagate | ST500LM000-1EJ1 | W79GOTT6 | 500.00 | 2018/06/28 |
| DEVA0409 | Nagris (intern) | First Search Order - Premises | Floor | Drive/chip | EQU-MAG2 | Apple | MAC-All in one | C02DV1R5GG7N | Apple | SSD | SPRINY4GB6490 | 2000.00 | 2018/06/28 |
| DEVA0410 | Nicola Monteath | First Search Order - Premises | Floor | Laptop | EQU-MAG6 | Apple | Macbook Pro | C02T2296GT6A | Apple | SSD | C02T03D2NAHCG418 | 1000.00 | 2018/06/28 |
| DEVA0411 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | External HDD | N/A | N/A | N/A | N/A | Seagate | HDD - Backup Plus | NA758CNP | 1000.00 | 2018/06/28 |
| DEVA0412 | Odilore Adejarole | First Search Order - Premises | Floor | Desktop | EQU-MAG4 | Apple | MAC-All in one | C02DW9DGDG7N | Apple | SSD | SPRINH4GB65235 | 2000.00 | 2018/06/28 |
| DEVA0413 | Marta Lis | First Search Order - Premises | Floor | Desktop | E1YPC12 | Dell | Optiplex 7040 | H875082 | Sandisk | SSD | 25460740601 | 240.00 | 2018/06/28 |
| DEVA0414 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YPC08 | Dell | Optiplex 7040 | 2H75082 | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| DEVA0415 | Mark Fernandes | First Search Order - Premises | Center office | Desktop | E1YPC03 | Dell | Optiplex 7040 | BC75082 | Sandisk | SSD | 154608404292 | 240.00 | 2018/06/28 |
| DEVA0416 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | EU1Y1B83 / EU1Y1P22 | Apple | iPhone 7 Plus | C02DC2142E8753A 12M | Apple | N/A | 5000D0206G672PF | 1000.00 | 2018/06/28 |
| DEVA0417 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 7 Plus | N/A | N/A | N/A | N/A | N/A | 2018/07/02 |
| DEVA0418 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/07/02 |
| DEVA0419 | Sanjay Shah | First Search Order - Premises | Floor | Desktop | EU1YC010 | Apple | Optiplex 7040 | 7675082 | Sandisk | SSD | 154608404269 | N/A | 2018/07/01 |
| DEVA0420 | Natalia Verenikina | First Search Order - Premises | Floor | Pen Drive | N/A | N/A | N/A | N/A | Kingston | DT50J G2 | 9B4F0AE1BE09 | 16.00 | 2018/06/28 |
| DEVA0421 | Puja Tiwari | First Search Order - Premises | Floor | Desktop | EQU-MAG3 | Apple | MAC-All in one | C02DX2K2GG7N | Apple | SSD | SPRINY4GB33710 | 2000.00 | 2018/06/28 |
| DEVA0422 | Usha Shah | First Search Order - Premises | HR Room | Desktop | E1YPC07 | Dell | Optiplex 7040 | 4875082 | Sandisk | SSD | 154773402403 | 240.00 | 2018/06/28 |
| DEVA0423 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YPC011 | Dell | Optiplex 7040 | N/A | Imation | DVD-R | N/A | 4.70 | 2018/06/28 |
| DEVA0424 | Wahl Anwar | First Search Order - Premises | Floor | Desktop | E1YPC011 | Dell | Optiplex 7040 | 8G75082 | Sandisk | SSD | 154976403825 | 240.00 | 2018/06/28 |
| DEVA0425 | Natalia Verenikina | First Search Order - Premises | Floor | Laptop | EU1Y715 | Sony | VAIO / SVP132A1CM | 5462603B000361 / Service | Sandisk | SSD | 515YHA40623861 | 120.00 | 2018/06/28 |
| DEVA0426 | Mathanraj | First Search Order - Premises | Floor | Dropbox | N/A | Asus | UX301L | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| DEVA0427 | Unknown | First Search Order - Premises | Floor | Desktop | EQU-MAC1 | Apple | MAC-All in one | C02DW2UR6GG7N | Apple | SSD | SPRINY4GB73008 | 2000.00 | 2018/07/01, 2018/07/03 |
| DEVA0428 | Unknown | First Search Order - Premises | Storage Cell | Desktop | N/A | N/A | N/A | C07H71A8D1D1 | Hitachi / Apa HDD | | 1260GS1HHZP1C | 500.00 | 2018/07/01 |
| DEVA0429 | Unknown | First Search Order - Premises | Storage Cell | Desktop | N/A | N/A | N/A | C07H71A8D1D1 | Toshiba / Apa HDD | | 1230X6SR | 1000.00 | 2018/07/01 |
| DEVA0430 | Unknown | First Search Order - Premises | Floor | DVD | N/A | N/A | N/A | N/A | Unknown | Unknown | N/A | 4.70 | 2018/07/01 |
| DEVA0431 | Unknown | First Search Order - Premises | Storage Cell Laptop | Laptop | EU1YPT02 | Asus | UX301L | EAN0C07720349 12M | Seagate | ST500LM000-1EJ1 | W79GOW0C | 500.00 | 2018/07/01 |
| DEVA0432 | Unknown | First Search Order - Premises | Storage Cell Laptop | Laptop | EU1YPT08 | Asus | UX301L | C0X0C14XBD201E 12M | N/A | N/A | N/A | 500.00 | 2018/07/02 |
| DEVA0433 | Unknown | First Search Order - Premises | Storage Cell Laptop | Laptop | N/A | Apple | Macbook Pro - A1707 | C0X1C2K17JM | N/A | N/A | N/A | N/A | 2018/07/02 |
| DEVA0434 | Natalia Verenikina | First Search Order - Premises | | Office 365 | admin@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 13.00 | 2018/07/02 |
| DEVA0435 | Unknown | First Search Order - Premises | | Office 365 | asset@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| DEVA0436 | Unknown | First Search Order - Premises | | Office 365 | catchall@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| DEVA0437 | Sanjay Shah | First Search Order - Premises | | Office 365 | ceo@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| DEVA0438 | Unknown | First Search Order - Premises | | Office 365 | cfo@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| DEVA0439 | Sandesh Dhomne | First Search Order - Premises | | Office 365 | consultant@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.30 | 2018/07/02 |
| DEVA0440 | Usha Shah | First Search Order - Premises | | Office 365 | director@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.20 | 2018/07/02 |
| DEVA0441 | Sandesh Dhomne | First Search Order - Premises | | Office 365 | fd@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| DEVA0442 | Rashmi / Yrsha / Mark | First Search Order - Premises | | Office 365 | finance@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| DEVA0443 | Sanjay Shah | First Search Order - Premises | | Office 365 | IT@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 3.30 | 2018/07/02 |
| DEVA0444 | Unknown | First Search Order - Premises | | Office 365 | HR@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| DEVA0445 | Stephana Paun / UN | First Search Order - Premises | | Office 365 | Legal@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.30 | 2018/07/02 |
| DEVA0446 | Unknown | First Search Order - Premises | | Office 365 | od@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| DEVA0447 | Wahl Anwar | First Search Order - Premises | Floor | Laptop | EU1YP06 | Asus | UX301L | F19OC11505050905A 12M | HGST | HDD | 50A000G9NTBK | 1000.00 | 2018/07/02 |
| DEVA0448 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.45 | 2018/07/02 |
| DEVA0449 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| DEVA0450 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.06 | 2018/07/02 |
| DEVA0451 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| DEVA0452 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.11 | 2018/07/02 |
| DEVA0453 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.20 | 2018/07/02 |
| DEVA0454 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 156.00 | 2018/07/02 |
| DEVA0455 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| DEVA0456 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/15 |
| DEVA0457 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.65 | 2018/07/15 |
| DEVA0458 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.82 | 2018/07/02 |
| DEVA0459 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/02 |
| DEVA0460 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| DEVA0461 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/12 |
| DEVA0462 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 12.40 | 2018/07/15 |
| DEVA0463 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DEVA0464 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.06 | 2018/07/12 |
| DEVA0465 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.13 | 2018/07/12 |
| DEVA0466 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| DEVA0467 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/07/12 |
| DEVA0468 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| DEVA0469 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| DEVA0470 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DEVA0471 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.66 | 2018/07/15 |

**Privileged & Confidential**

| Evidence Ref | Custodian | Search Order | Office area / ref reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date/ Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.38 | 2018/07/19 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| D3246A44 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Digital | My Passport Ultra | WXE1E5S1CUS | 1000.00 | 2018/08/14 |
| D3246A45 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Digital | My Passport Ultra | WX81A75EZXLI | 1000.00 | 2018/08/17 |
| D3246A46 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Digital | My Passport Ultra | WXF1E6S2EK07 | 3000.00 | 2018/07/17 (Failed) |
| D3246A47 | Unknown | First Search Order - Premises | - | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Digital | My Passport Ultra | WX01A55XCCP1E | 1000.00 | 2018/07/25 |
| D3246A48 | Sanjay Shah | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| D3246A48 | Mark Fernandes | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| D3246A48 | Usha Shah | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| D3246A48 | Sandesh Dhomme | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| D3246A48 | Wahl Anwar | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| D3246A48 | Unknown_Admin | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| D3246A48 | Unknown_Asset | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| D3246A48 | Unknown_Catchall | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| D3246A48 | Unknown_CFO | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| D3246A48 | Unknown_Finance | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| D3246A48 | Unknown_HR | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| D3246A48 | Unknown_Legal | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| D3246A48 | Unknown_OO | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| D3246A49 | Sanjay Shah | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| D3246A49 | Mark Fernandes | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| D3246A49 | Usha Shah | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| D3246A49 | Sandesh Dhomme | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.82 | 2018/09/25 |
| D3246A49 | Wahl Anwar | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| D3246A49 | Unknown_Admin | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| D3246A49 | Unknown_Asset | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.87 | 2018/09/25 |
| D3246A49 | Unknown_Catchall | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| D3246A49 | Unknown_CFO | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| D3246A49 | Unknown_Finance | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| D3246A49 | Unknown_HR | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| D3246A49 | Unknown_Legal | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| D3246A49 | Unknown_OO | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| D3246D01 | Philip Purewal | Provided by Legal Counsel | - | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| D3246D02 | Multiple | First Search Order - Premises | - | Backup and BIOS Cloud data & VM content | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/24 |
| D3246V01 | Multiple | Remote Server Collection | - | DociCat DMS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| D3246V02 | Multiple | Remote Server Collection | - | VM Export (Elysium-DC-elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| D3246V03 | Multiple | Remote Server Collection | - | Sage Server (ely-sageavr.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| D3246V04 | Multiple | Remote Server Collection | - | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

**Exhibit 5**