# Exhibit 10

| From: | TJM Trading <trading@tjmpartners.com> |
|---|---|
| Sent: | Tuesday, June 3, 2014 10:00 AM |
| To: | ███@Berninap.com; TJM Trading <trading@tjmpartners.com> |
| Subject: | RE: Request for Liquidity - Novozymes A/S-B Shares |

Hi ███

Interest confirmed subject to approval. Will advise on COB.

Thanks,

Jack

**From** ███@Berninap.com [mailto ███@Berninap.com]
**Sent:** Tuesday, June 03, 2014 1:24 PM
**To:** TJM Trading
**Subject:** Request for Liquidity - Novozymes A/S-B Shares

Good Morning – hope all is well.

Pursuant to Section 3.3(a) of the Guarantee Deed among Solo Capital Partners LLP, Bernina Pension Plan and TJM Partners

Bernina Pension Plan – Account BER01 – hereby seeks liquidity for the following transactions:

- SELL CASH EQUITITES
- ISSUER NAME – Novozymes A/S-B Shares
- ISIN – DK0060336014
- TICKER – NZYMB DC
- SHARES – 911,726
- PRICE – End of Day
- TRADE DATE – 3 June 2014
- SETTLEMENT DATE/STOCK PURCHASE VALUE DATE – 10 June 2014
- BROKER – TJM Partners

Please contact us to confirm what you are seeing and if you have liquidity to offer.

Best,

MPSKAT00131235



Authorized Representative

The Bernina Pension Plan

e-mail: ███@XBerninap.com

This email is free from viruses and malware because <u>avast! Antivirus</u> protection is active.