# Exhibit 39

| From: | admin@RouttPension.com </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=6B6328C28E4448BE9D34B6BB5F00555F-ADMIN_4F657> |
|---|---|
| To: | Wells, Peter |
| Sent: | 6/22/2015 4:35:54 PM |
| Subject: | Form SLT (Holdings) |
| Attachments: | Securities Held as of May 31, 2015.pdf |

Peter:

Here are the holdings as of May 31, 2015 for each account.  As you can see, a number of accounts are over USD 1 billion.

Please let me know if you have any questions or if I didn't give you the proper information.


Richard

CONFIDENTIAL

Form SLT
End of Period                                                31-May-2015

|                                                              | **Current Holdings** |
|--------------------------------------------------------------|---------------------:|
| Aerovane Logistics LLC Roth 401(K) Plan                      | $    1,281.690       |
| Albedo Management LLC Roth 401(K) Plan                       | $    1,805.056       |
| Avanix Management LLC Roth 401(K) Plan                       | $    1,793.391       |
| Ballast Ventures LLC Roth 401(K) Plan                        | $      815.808       |
| Bareroot Capital LLC Roth 401(K) Plan                        | $      873.483       |
| Basalt Ventures LLC Roth 401(K) Plan                         | $      857.204       |
| Battu Holdings LLC Roth 401(K) Plan                          | $    1,895.533       |
| Cantata Industries LLC Roth 401(K) Plan                      | $    1,342.649       |
| Cavus Systems LLC Roth 401(K) Plan                           | $      821.401       |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan          | $    1,380.463       |
| Crucible Ventures LLC Roth 401(K) Plan                       | $    1,330.460       |
| Dicot Technologies LLC Roth 401(K) Plan                      | $      831.883       |
| Eclouge Industry LLC Roth 401(K) Plan                        | $    1,320.342       |
| Edgepoint Capital LLC Roth 401(K) Plan                       | $      879.252       |
| Fairlie Investments LLC Roth 401(K) Plan                     | $      831.101       |
| First Ascent Worldwide LLC Roth 401(K) Plan                  | $      764.991       |
| Fulcrum Productions LLC Roth 401(K) Plan                     | $      786.451       |
| Green Scale Management LLC Roth 401(K) Plan                  | $    1,877.062       |
| Hadron Industries LLC Roth 401(K) Plan                       | $      804.724       |
| Headsail Manufacturing LLC Roth 401(K) Plan                  | $    1,874.209       |
| Keystone Technologies LLC Roth 401(K) Plan                   | $    1,309.295       |
| Limelight Global Productions LLC Roth 401(K) Plan            | $      818.428       |
| Loggerhead Services LLC Roth 401(K) Plan                     | $    1,861.198       |
| Monomer Industries LLC Roth 401(K) Plan                      | $    1,336.444       |
| Omineca Trust                                                | $    1,825.196       |
| PAB Facilities Global LLC Roth 401(K) Plan                   | $      840.937       |
| Pinax Holdings LLC Roth 401(K) Plan                          | $      876.756       |
| Plumrose Industries LLC Roth 401(K) Plan                     | $    1,290.815       |
| RAK Investment Trust                                         | $      859.591       |
| RAK2 Investement Trust                                       | $      836.499       |
| RAK3 Investment Trust                                        | $    1,848.293       |
| Roadcraft Technologies LLC Roth 401(K) Plan                 | $    1,827.582       |
| Routt Capital Trust                                          | $    1,288.979       |
| Starfish Capital Management LLC Roth 401(K) Plan            | $      819.448       |
| Sternway Logistics LLC Roth 401(K) Plan                      | $      825.971       |
| Trailing Edge Productions LLC Roth 401(K) Plan              | $      826.875       |
| True Wind Investments LLC Roth 401(K) Plan                   | $      839.448       |
| Tumba Systems LLC Roth 401(K) Plan                           | $      867.365       |
| Vanderlee Technologies Pension Plan Trust                    | $    1,862.606       |
| Voojo Productions LLC Roth 401(K) Plan                       | $    1,325.379       |

CONFIDENTIAL