# Exhibit 42

JOHN VAN MERKENSTEIJN
EXHIBIT 2224
04 - 20 - 2021

| | |
|---|---|
| From: | Richard Markowitz <rmarkowitz@argremgt.com> |
| Sent: | Thursday, April 9, 2015 1:54 PM |
| To: | Wells, Peter |
| Cc: | John H. van Merkensteijn, III; Robert Klugman; Ben-Jacob, Michael |
| Subject: | Fed Reporting |
| Attachments: | Securities Bought or Sold, Settled as of March 31, 2015.pdf |

Peter:

Here are the securities bought or sold by the 40 Pension Plans, as of March 31, 2015 for Form S. As you can see in the report, all exceeded USD 350 million. We base this on settlement date, not trade date.

I can also confirm that as of the end of March, no Plan had holdings over USD 1 billion.

Let me know if you have any questions.

Thanks,

Rich

Richard Markowitz
1345 Avenue of the Americas
27th Floor
New York, NY 10105

Office:
(212) 231-3923
Mobile:
(917) 848-5675

RMarkowitz@Argremgt.com

| Trade Number | (Multiple Items) | |
|---|---|---|
| Settlement Date (Purchase) | (Multiple Items) | |

| Sum of Notional (Purchase) | | |
|---|---|---|
| Row Labels | Total | USD Value |
| Aerovane Logistics LLC Roth 401(K) Plan | kr 3,893,941,180 | $ 559,562,744 |
| Albedo Management LLC Roth 401(K) Plan | kr 4,344,899,044 | $ 624,365,783 |
| Avanix Management LLC Roth 401(K) Plan | kr 4,245,175,221 | $ 610,035,382 |
| Ballast Ventures LLC Roth 401(K) Plan | kr 3,840,375,025 | $ 551,865,241 |
| Bareroot Capital LLC Roth 401(K) Plan | kr 3,999,847,873 | $ 574,781,628 |
| Basalt Ventures LLC Roth 401(K) Plan | kr 3,901,721,791 | $ 560,680,825 |
| Battu Holdings LLC Roth 401(K) Plan | kr 4,630,729,147 | $ 665,439,818 |
| Cantata Industries LLC Roth 401(K) Plan | kr 4,267,256,535 | $ 613,208,486 |
| Cavus Systems LLC Roth 401(K) Plan | kr 3,879,825,381 | $ 557,534,292 |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan | kr 4,332,733,221 | $ 622,617,543 |
| Crucible Ventures LLC Roth 401(K) Plan | kr 3,993,306,573 | $ 573,841,638 |
| Dicot Technologies LLC Roth 401(K) Plan | kr 3,881,278,534 | $ 557,743,111 |
| Eclouge Industry LLC Roth 401(K) Plan | kr 4,163,227,821 | $ 598,259,469 |
| Edgepoint Capital LLC Roth 401(K) Plan | kr 4,150,328,765 | $ 596,405,864 |
| Fairlie Investments LLC Roth 401(K) Plan | kr 3,959,899,785 | $ 569,041,053 |
| First Ascent Worldwide LLC Roth 401(K) Plan | kr 3,699,788,871 | $ 531,662,888 |
| Fulcrum Productions LLC Roth 401(K) Plan | kr 3,602,670,357 | $ 517,706,873 |
| Green Scale Management LLC Roth 401(K) Plan | kr 4,497,878,135 | $ 646,349,011 |
| Hadron Industries LLC Roth 401(K) Plan | kr 3,910,199,005 | $ 561,899,008 |
| Headsail Manufacturing LLC Roth 401(K) Plan | kr 4,516,000,511 | $ 648,953,213 |
| Keystone Technologies LLC Roth 401(K) Plan | kr 4,100,978,775 | $ 589,314,227 |
| Limelight Global Productions LLC Roth 401(K) Plan | kr 3,865,674,128 | $ 555,500,744 |
| Loggerhead Services LLC Roth 401(K) Plan | kr 4,574,259,352 | $ 657,325,059 |
| Monomer Industries LLC Roth 401(K) Plan | kr 4,280,908,945 | $ 615,170,349 |
| Omineca Trust | kr 4,434,026,508 | $ 637,173,477 |
| PAB Facilities Global LLC Roth 401(K) Plan | kr 3,805,450,643 | $ 546,846,577 |
| Pinax Holdings LLC Roth 401(K) Plan | kr 4,004,863,929 | $ 575,502,440 |
| Plumrose Industries LLC Roth 401(K) Plan | kr 4,146,670,976 | $ 595,880,236 |
| RAK Investment Trust | kr 3,906,430,894 | $ 561,357,527 |
| RAK2 Investement Trust | kr 3,763,542,158 | $ 540,824,291 |
| RAK3 Investment Trust | kr 4,540,435,349 | $ 652,464,520 |
| Roadcraft Technologies LLC Roth 401(K) Plan | kr 4,362,096,137 | $ 626,837,020 |
| Routt Capital Trust | kr 3,992,691,189 | $ 573,753,206 |
| Starfish Capital Management LLC Roth 401(K) Plan | kr 3,906,656,862 | $ 561,389,999 |
| Sternway Logistics LLC Roth 401(K) Plan | kr 3,864,496,012 | $ 555,331,448 |
| Trailing Edge Productions LLC Roth 401(K) Plan | kr 3,862,276,373 | $ 555,012,484 |
| True Wind Investments LLC Roth 401(K) Plan | kr 4,155,343,251 | $ 597,126,450 |
| Tumba Systems LLC Roth 401(K) Plan | kr 3,960,774,725 | $ 569,166,783 |
| Vanderlee Technologies Pension Plan Trust | kr 4,450,549,246 | $ 639,547,809 |
| Voojo Productions LLC Roth 401(K) Plan | kr 4,172,657,517 | $ 599,614,525 |
| **Grand Total** | 1.63862E+11 | |

| End of Month Trades that have Settled (not just Trade Date) | 31-Mar-15 | |
|---|---|---|
| | 0.143700872 | 31-Mar-15 Exchange Rate |

KLUGMAN00056277