# Exhibit 119

| | |
|---|---|
| **From:** | Wells, Peter |
| **Sent:** | Monday, July 30, 2012 5:53 PM |
| **To:** | Veillette, Rebecca |
| **Subject:** | RE: new DE LLC |

Looks fine. Let's do 24 hour.


\*\*\*
IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Peter Wells
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com


This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

**From:** Veillette, Rebecca
**Sent:** Monday, July 30, 2012 5:16 PM
**To:** Wells, Peter
**Subject:** FW: new DE LLC

please review and see question below

**From:** Farah Moiso [mailto:farah@vcorpservices.com]
**Sent:** Monday, July 30, 2012 5:18 PM
**To:** Veillette, Rebecca
**Subject:** RE: new DE LLC

Good afternoon Rebecca,

Please find attached the draft of the formation document for your review and approval. Will I submit under routine or 24-hour handling?

Would you kindly forward me the email address and phone number for Adam LaRosa?

Feel free to contact me directly at <u>845-517-3906</u> if I can be of any assistance.

Sincerely,
*Farah Moiso*

1

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00391296

Customer Service Representative



Vcorp Services, LLC
25 Robert Pitt Drive, Suite 204
Monsey, New York 10952
Direct Line: 845-517-3906
Toll Free: 1.888.528-2677 ext. 158
Tel. 845.425.0077
Fax 845.818.3588
Email: farah@vcorpservices.com
Web www.VcorpServices.com



*Disclaimer: Vcorp Services, LLC, does not provide legal, tax or accounting advice. If you are seeking such guidance, please consult a trained professional. If you are not the intended recipient of this message, please note that its contents are confidential. Please notify the sender and delete the message and any attachments from your system.*

**From:** Veillette, Rebecca [mailto:Rebecca.Veillette@kayescholer.com]
**Sent:** Monday, July 30, 2012 4:14 PM
**To:** Farah Moiso
**Subject:** new DE LLC

Hi Farah,

Please form the following single member DE LLC:

Name:  Rajan Investments LLC

Member:  Thomas Bergerson

Contact:  Adam LaRosa, Argre Management LLC, 40 W 57th Street, New York, NY  10019

Ref:  00647/001

Thanks


Rebecca Veillette
Trusts & Estates Administrator
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.7097 | F: +1 212.836.6549
rebecca.veillette@kayescholer.com | www.kayescholer.com


This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.7097) and delete the message, along with any attachments, from your computer. Thank you.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00391297

* * * *

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

3

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00391298