# Hughes Hubbard & Reed

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

NOTE TO DOCKET CLERK: This memo endorsement terminates DI 1206 in 18-MD-2865(LAK), but it also terminates the corresponding filings matching DI 1206 in the following cases (all corresponding letter motions need terminated) 18CV4434, 18CV4833, 18CV7824, 18CV7827, 18CV7828, 18CV7829, 19CV1781, 19CV1783, 19CV1785, 19CV1788, 19CV1791, 19CV1792, 19CV1794, 19CV1798, 19CV1800, 19CV1801, 19CV1803, 19CV1806, 19CV1808, 19CV1809, 19CV1810, 19CV1812, 19CV1813, 19CV1815, 19CV1818, 19CV1865, 19CV1866, 19CV1867, 19CV1868, 19CV1869, 19CV1870, 19CV1871, 19CV1873, 19CV1893, 19CV1894, 19CV1895, 19CV1896, 19CV1898, 19CV1904, 19CV1906, 19CV1911, 19CV1918, 19CV1922, 19CV1924, 19CV1926, 19CV1928, 19CV1929, 19CV1930, 19CV1931, 19CV10713, 21CV5339

September 30, 2024

**MEMO ENDORSED**

BY ECF

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
KaplanNYSDChambers@nysd.uscourts.gov

    Re:    *In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*, 18-md-2865 (LAK)

Dear Judge Kaplan:

        This letter motion relates to the cases consolidated for Trial One. We write on behalf of plaintiff Skatteforvaltningen ("SKAT") and the Trial One Defendants to request that the Court extend the deadline for the parties to submit proposed joint stipulations of fact concerning the proposed testimony of Kasper Pilgaard and Dr. Emre Carr from October 1, 2024 to October 8, 2024. (*See* ECF Nos. 1116, 1118.) The parties have exchanged drafts of their respective proposed stipulations and continue to work to reach an agreement on the substance of the stipulations.

        This is the parties' first request to modify the schedule for the submission of the proposed joint stipulations of fact.

        Respectfully submitted,

        /s/ Marc A. Weinstein
        Marc A. Weinstein

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ 10/1/2024